```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                           :

UNITED STATES OF AMERICA               :

                                                                                           :               1:24-cr-655-GHW-4

                                 -v -                                        :

                                                                                           :               <u>ORDER FOR ADMISSION</u>

DARRIN ALEXANDER ROKER,            :                    <u>PRO HAC VICE</u>

                                                                                           :

                                                            Defendant.   :

                                                                                           :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    The motion of Martin L. Roth, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that is contact information is as follows:

    Applicant's Name: Martin L. Roth

    Firm Name: The Law Office of Martin L. Roth

    Address: 1700 East Las Olas Blvd. Suite 307

    City, State, Zip: Fort Lauderdale, Florida 33301

    Telephone and Fax: Telephone: (954) 745-7697 Fax: (954) 900-5730

    Applicant having requested admission Pro Hac Vice to appear for all purposes of counsel for Darrin Roker in the above-captioned action;

IT IS HEREBY ORDERED that the applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated: January 13, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge