```
UNITED STATES DISTRICT COURT              | USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             | DOCUMENT
------------------------------------- X   | ELECTRONICALLY FILED
UNITED STATES OF AMERICA,             :   | DOC #: _____
                                      :   | DATE FILED: 10/20/2025
         -against-                    :
                                      :
DARRIN ALEXANDER ROKER,               :      1:24-cr-655-GHW-4
                                      :
         Defendant.                   :            ORDER
------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

A change of plea hearing in this matter will take place on October 24, 2025 at 10:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Roker and his counsel are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: October 20, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge