

**MDC Brooklyn
Health Services** 86 Fleet Place, Brooklyn, NY 11201
Tel: (718) 732-4080 | Fax: (833) 770-1095

Patient Name:  **ROKER, DARRIN A**                                Date: **8/21/2025**
Patient Number: **8742074**                                      Date Of Birth: **10/27/1968**

**FOLLOW-UP VISIT**

**Primary Diagnosis:**
Malignant neoplasm of prostate

**Other Medical Problems:**


**Reason for Today's Visit:**
8/21/2025: F/u for metastatic prostate cancer


**History of Present Illness**
Prostate cancer follow-up


**Past medical History**
NONE


**Past Surgical History**
SPINAL SURGERY


**Social History**
Never smoked tobacco Not applicable Denies any prior alcohol use.
Denies any illicit drug use.
NONE


**Family History**
SISTER - BREAST CANCER


**Allergies**
No Known Allergies

**Medications**

| Inside | Drug | Script Date | Qty | Rfls | Instructions |
|---|---|---|---|---|---|
|  | no medications | 8/7/2025 |  | 0 |  |

**Review Of Systems**

Constitutional: No weight loss
Head and neck: No changes in vision or hearing
Neuro: No headaches
Cardiovascular: No chest pain
Respiratory: No shortness of breath
Lymphatic: No LAD
Musculoskeletal: No difficulty moving extremities

**Vitals**
Vitals on 8/21/2025 11:23:00 AM: Height=68in, Temp=98.1f, Pulse=77, SystolicBP=150, DiastolicBP=78, O2 Sat=99%

**Physical Exam**
General: Awake & alert
Skin: No apparent rash
Head & Neck: Atraumatic
Eyes: No redness
Respiratory: No respiratory distress
Extremities: Visibly normal
Neurological: Awake and alert.
Psychiatric: Normal affect.

**Patient reported pain**
Pain Scale 0 - No pain

**Treatment Recommendations:**
Reassess pain at next visit.

**Labs**
Lab results on 8/7/2025: WBC=4.3 x10*3/UL, RBC=4.54 x10*6/UL, Hgb=13.5 g/dl, HCT=43.4 %, MCV=95.6 fL, MCH=29.7 pg, MCHC=**31.1** g/dL, RDW [Ratio]=13.5 %, MPV=9.3 fL, Plat=317 x10*3/UL, ANC=2.8 x10*3/UL, Lymph#=1.0 x10*3/UL, MONO#=0.5 x10*3/UL, BASO#=0.0 x10*3/UL, EOS#=0.1 x10*3/UL, Gran%=64.6 %, Lymph%=22.4 %, MONO%=10.7 %, BASO%=0.5 %, EOS%=1.6 %, Sodium=141 MMOL/L, Chloride=107 MMOL/L, CO2=24 MMOL/L, Glucose=78 MG/DL, BUN=11 MG/DL, Creat=1.0 MG/DL, Uric Acid=6.5 MG/DL, Total Protein=7.8 G/DL, Albumin=4.7 G/DL, Total Bili=0.5 MG/DL, Alk Phos=60 U/L, Phosphorus=3.0 MG/DL, LDH=**236** U/L, Calcium=9.6 MG/DL, Magnesium=2.1 MG/DL, eGFR (African American)=94 mL/min/1.73m2, eGFR (Non-Afr. American)=77 mL/min/1.73m2, TIBC=285 MCG/DL, Ferritin=72 NG/ML, B12=480 pg/mL, Folate=10.7 ng/mL, PAP=**5.6** ng/mL

**Other Lab studies:**

# Imaging Reports

# MRI prostate 06/18/2025

**1. Nonspecific 3 mm punctate focus of restricted diffusion involving the right posteromedial mid gland peripheral zone. This finding is indeterminate for significant residual/recurrent prostate cancer. Please note that assessment for recurrent prostate cancer is significantly limited in the absence of intravenous contrast.**

**2. No extraprostatic extension, seminal vesicle invasion, or pelvic lymphadenopathy.**

07/21/2025 – NM Bone Whole Body Scan with SPECT/CT

- **Findings:** Multiple focal areas of abnormal radiotracer uptake in the right L3 and left T12 vertebral bodies, left iliac bone (multiple sites), and right mid sacrum.
- **Impression:** Highly suggestive of multiple bony metastases from known prostate cancer. No other focal bony lesions identified. Recommendation for follow-up bone scan to assess treatment response.

**Radiology Reports**

| Print? | Date of Doc. | Name | MD Interpretation | Comment |
|---|---|---|---|---|
| ☐ | 8/20/2025 | PET CT PYLARIFY | | |

**Pathology Reports**

Recommendation/Plan:
# PROSTATE CANCER, DX 2021
# OLIGO-METASTATIC DISEASE AT DX
# S/P XRT TO PROSTATE
# S/P METASTASECTOMY (SPINE)

# DISEASE RECURRENCE, 2025
# BONE METASTASES

I had a detailed discussion with the patient about their diagnosis of metastatic prostate cancer. Prostate cancer is a malignancy arising from the glandular tissue of the prostate, most commonly presenting as adenocarcinoma. Diagnosis is typically established through a combination of elevated prostate-specific antigen (PSA), abnormal digital rectal exam, imaging, and histopathological confirmation via prostate biopsy. In this case, the patient's history, rising PSA, and imaging findings are highly consistent with metastatic disease, particularly to the bone, which is the most common site of distant spread in prostate cancer.

There are several types of prostate cancer, with adenocarcinoma being the most prevalent. Staging is based on the TNM system, incorporating tumor extent, nodal involvement, and presence of metastases. The patient's disease is currently at a metastatic (stage IV) stage, as evidenced by multiple bony lesions on bone scan and a significantly elevated PSA.

Treatment options for metastatic prostate cancer include androgen deprivation therapy (ADT), next-generation hormonal agents (e.g., abiraterone, enzalutamide), chemotherapy (e.g., docetaxel), bone-targeted therapies (e.g., bisphosphonates, denosumab), and palliative radiation for symptomatic lesions. The choice of therapy depends on prior treatments, disease burden, symptoms, and patient preferences. Prognosis in metastatic prostate cancer has improved with newer systemic therapies, but the disease remains incurable; the primary goals are prolongation of survival, symptom control, and maintenance of quality of life.

Imaging/PSA

- MRI Prostate 6/2025 : No EPE, SMI or LAD
- Bone Scan 7/21/25: Bone metastases involving L3, T12 and pelvis
- PSMA PET-CT 8/20/25: PSMA avid bone metastases
- PSA: 0.7 > 4 > 23 > 34 (8/7/25)

Treatment

1. XRT (prostate): 2021
2. Metastasectomy (spine): 2021
3. Lupron: 8/21/25

Plan

- Start Lupron
- Plan to start Apalutamide in 1 month

- Check baseline labs
- We discussed his diagnosis and prognosis in great detail and all of his questions were answered today
- Return to clinic in 4 weeks

Patient records and labs were reviewed, and all questions were addressed. The patient agreed to the plan, which will be shared with their primary provider. I will follow up intermittently. Contact me at 313-482-8768 with any questions.

Signed _____
            Shahzaib Nabi, MD on 8/21/2025 at 12:15 PM