# *Medical Care Plan For Darrin A. Roker*

*August 19th, 2021 Darrin was diagnosed with stage four(4) prostate cancer with skeletal metastases which left him a para-paresis for over a year. After emergency surgery was preformed Darrin started his course of treatment which consisted with a team of doctors.*
*Listed below is a team of doctors that treated him before. With the help from his previous team and myself(wife) I can provide a stable environment that ensures he gets t care he needs. With government medical insurance and private medical insurance Darrin will be able to afford his treatments with the help of his wife providing a stable home located #41 shamrock close-Carmichael rd Nassau, Bahamas.*

## *Doctors*
***Name:*** *Dr. Theodore Turnquest- Oncologist*
***Address****: 80 Nassau Street, Nassau Bahamas*
***Telephone****:(242) 324-6284*

***Name****: Dr. Margo Munroe- Prostate Cancer Radiotherapy Management*
***Address****: 14 soldier Road, Nassau Bahamas*
***Telephone****:(242) 325-1278/676-4443*

***Name****: Dr Robin Roberts-Urologist, Oxford Medical Center*
***Address****: 4th Terrance, Nassau Bahamas*
***Telephone****:(242) 325-5132*