# JEFFREY L. LLOYD
21 Sanctuary Circle; YUMA Estates
P. O. Box SS-6852
Nassau, N. P.,
The Bahamas

November 3rd, 2025

WoodsNYSDChambers@nysd.uscourts.gov.
District Judge The Honourable Gregory H. Woods
United States District Court
The Southern District of New York.
500 Pearl St.
New York, NY, 10007-1312.

Most Honourable Sir:

**RE:** **Darren Roker**

I am an Attorney-at-Law, a former Member of Parliament for the South Beach Constituency, and former Cabinet Minister with responsibility for Education in the Commonwealth of The Bahamas from May 2017 to September 2021. I write this letter in my personal capacity as a long-standing community leader and educator to provide a character reference on behalf of Mr. Darren Roker, whom I have known for over twenty-seven (27) years.

I first met Mr. Roker in September 1997, when he was seconded as a Defence Force Officer to the Youth Empowerment & Skills Training Institute (YEAST)—an institution established as an alternative school for socially and academically challenged young men aged 12 to 18. At that time, I served as its Executive Director.

From our very first interaction, Mr. Roker distinguished himself as a man deeply committed to uplifting others. His initial role at YEAST focused on character and leadership development, and he carried out his duties with passion, discipline, and remarkable empathy. Over the years, his influence grew significantly. He served part-time during the Institute's early years and later transitioned to a full-time capacity, dedicating more than a decade of his professional life to the transformation of at-risk youth.

His work directly contributed to YEAST's extraordinary 87% success rate in rehabilitating young men who had been marginalized by the public education system—many of whom went on to become productive and respected members of society. Mr. Roker's ability to connect with students facing social and psychological challenges was nothing short of inspiring. His presence often made the difference between despair and hope for these young men and their families.

It is against this backdrop that I find Mr. Roker's present legal difficulties profoundly inconsistent with the man I have known for over two decades—a man of integrity, discipline, and selfless commitment to community development. I have every confidence that this unfortunate experience has already served as a deep and transformative lesson for him. I am persuaded that Mr. Roker remains capable of contributing meaningfully to society and will emerge from this circumstance with a renewed sense of purpose.

..........................2/..........................

**District Judge The Honourable Gregory H. Woods**
United States District Court
The Southern District of New York.

In my respectful view, Mr. Roker's lifetime of service, his positive influence on countless young Bahamians, and his proven capacity for personal growth strongly support the case for judicial leniency.

I humbly ask that this Honourable Court consider the totality of his character, his long record of community service, and the clear potential for continued rehabilitation.

I am available at your Lordship's convenience should the Court wish to discuss my observations further.

Respectfully submitted,

*Jeffrey L. Lloyd*

Jeffrey L. Lloyd
Attorney-at-Law
Former Member of Parliament for South Beach
Former Minister of Education, Commonwealth of The Bahamas
jcolonelslaw@gmail.com
242.376.3868; -376.7579

JLL/wp

# Lawson Clarke

PO Box N-1973
Nassau, Bahamas
1-(242)-376 – 4299

Monday 3rd November, 2025

WoodsNYSDChambers@nysd.uscourts.gov.
District Judge The Honourable Gregory H. Woods
United States District Court
The Southern District of New York.
500 Pearl St.
New York, NY, 10007-1312.
USA

Your Lordship:

I am a retired Chief Petty Officer of the Royal Bahamas Defence Force. I write a character reference for Mr. Darren Roker (**"Mr. Roker"**) who is appearing before your court. I have known Mr. Roker for 35 years, from 1990, when he served as a member of the Defence Force section I led as a young marine seaman. I am confident in his integrity, responsibility and character.

Mr. Roker joined the section I led in the early 1990's when we were tasked with providing security for Governor General Youth Award participants during their expedition phase. During this duty, he demonstrated focus, reliability and compassion insuring that the young people were safe and assisted them with successfully completing their expedition. In 1997, he was again selected by me to serve as a part-time instructor with the Youth Empowerment and Skills Training Institute **(YEAST).**

YEAST provided training for young men mainly from the inner city who found regular school to be a challenge and who often ran afoul of the law. Coming from the inner city himself, Mr. Roker proved to be a perfect fit, because of his understanding of the environment where the young men came from, his attention to detail, and his connectivity with them to ensure that the training was successful. Hundreds of young men who passed through the program are today living productive lives because of Mr. Roker.

Due to his performance, Mr. Roker was later selected as a full-time instructor in the Bahamas Government National Youth Restoration program for marginalized young men between 2002-2009, which was executed by YEAST on behalf of the Government.

I am convinced that Mr. Roker is guided by a strong moral compass, his dedication to duty, respect for community, the law and his community. I have no doubt that he will continue to uphold these values moving forward.

......................2/..................

**Honorable Gregory H. Woods**
**Judge**

I am aware of the charges Mr. Roker is facing and I am confident that this situation is uncharacteristic of his conduct. I sincerely believe that he deeply regrets his involvement in this matter and is dedicated to learning from this experience and becoming a better member of Society.

Based on my knowledge of Darren Roker's character and his contribution to our community, I respectfully ask that the court considers his positive attributes and potential for rehabilitation when deciding his sentencing decision.

If you require further information, please do not hesitate to contact me at 1- (242)-376-4299 or email address dontal.lc@gmail.com.

Thank you for considering my prospective.

Respectfully,

Lawson Clarke
Retired Chief Petty Officer
Royal Bahamas Defence Force

LC/wp