October 28th, 2025

To: The Honorable Gregory H. Woods.

Reference: Darrin A. Roker

My name is Ms Willame Mckenzie. When asked if I can write a character reference on behalf of Darrin Roker it truly was an automatic yes, it my pleasure to do so. I've know Darrin for over thirty(30) years. Darrin is more than a friend he is family. There are a list of things I can say about my friend, and his quality of life as a the man he is today. To know Darrin to me has been one of Gods many blessings. Darrin is the most SELFLESS and HONORABLE individual I know. I have watched people take advantage of him and he just remained humbled and smiled through it all. He does not hold malice towards anyone, he is a genuinely happy and always wants the best for whom ever he comes in contact with.

After the loss of my husband he stepped up and help me through the roughest time of my life and being left alone to rise boys. Darrin took my boys under him, he showed them what it is to grow into a respectable man. Darrin was there for my boys and I whenever we needed him, not once did the words no came from him. He secured jobs for my boys as marines to ensure that hey have a chance at a bright future. Its because of him my boys got a chance at life. They are thriving young men, with jobs, business and families of there own because of the involvement hes had in their lives and the impact he continues to have. Darrin is truly an honorable man.

For any further in formation I can gladly be reached at (242) 810-9301

Sincerely,

Willame McKenzie