**The Honorable Gregory H. Woods**
**Character Reference for Mr. Darrin A. Roker**

Dear Judge Woods,

My name is Nichelle Roker- Pinder, and I am Darrin's sister. I would like to take this moment to speak about the remarkable person he is. Darrin is an exceptional and caring brother who consistently ensures that his family is supported, protected, and uplifted. He is the kind of person who would give the shirt off his back without hesitation, always putting others before himself.

Darrin's strength and guidance have been a true pillar for our family. He has been a source of encouragement, joy, and stability not only for me but also for my children. His love and dedication leave a lasting impact, shaping the lives of those around him in meaningful ways.

Sincerely,

*[signature]*
Nichelle Roker- Pinder

**The Honorable Gregory H. Woods**
**Character Reference for Mr. Darrin A. Roker**

Dear Judge Woods,

My name is Demetranique Culmer-Johnson, and I am writing this character reference on behalf of my uncle, Mr. Darrin A. Roker. I have known him my entire life, and I can confidently say that he is a man of strong values, deep compassion, and great influence within our family.

Darrin has always been a remarkable role model and father figure, not only to his own children but to our entire family. He leads with love, wisdom, and respect. Our family holds him in the highest regard, and we often turn to him for guidance, strength, and a steady presence during difficult times.

As his niece, who also bears his name, I carry that connection with deep pride and honor. His example has taught me the importance of integrity, responsibility, and perseverance. Even through life's challenges, Darrin has shown growth, humility, and a sincere desire to make positive changes. One of our family's favorite reminders, *"After you've prayed, prepare,"* continues to guide me and many others. It reflects his belief in faith with action, trusting God while doing the necessary work to grow and rebuild.

Sincerely,

*[signature]*

Demetranique Culmer-Johnson