

**FELLOWSHIP MISSIONARY BAPTIST CHURCH**

Rev. Daniel A. Nottage, Pastor | Overseer: Randolph O. Deleveaux, Pastor Emeritus

November 4th, 2025

The Honorable Gregory H. Woods

**RE: <u>Mr. Darron Roker</u>**

Dear Judge Woods:

I offer this character reference on behalf of Mr. Darron Roker, whom I have known for more than twenty years as a parishioner of this church. Mr. Roker was an active part of our church family, participating in worship and men's ministry activities regularly.

Mr. Roker reflects a charismatic personality coupled with a friendly and welcoming demeanor that helps him easily connect with people. He is a team player with a cooperative spirit, always willing to assist when necessary to help complete projects and events around the church. Mr. Roker has an excellent rapport with fellow parishioners at the church, stands out as a leader among his peers, and always shows due respect to persons in authority.

Over my years of interaction with Mr. Roker, he has always demonstrated himself to be an upstanding, hard-working gentleman with good Christian values. Any consideration that can be offered him would be greatly appreciated.

Sincerely,

Rev. Daniel Nottage
Pastor

DAN/mg

Tel.: 242-392-4380 | Fax: 242-392-4607 | email: fellowshipbaptist6009@gmail.com
Pigeon Plum & Plane Streets | Pinewood Gardens | P.O. Box SB - 50838 | Nassau, The Bahamas