Ms Denise Mortimer
103 Millennium Gardens
Nassau, Bahamas
Tel:(242) 477-056
denise-mortimer25@hotmail.com

October 27th, 2025

Honorable Gregory H. Woods
U. S. District Judge
Southern District of New York

Re: Mr. Darren Roker

Your Honor,

My name is Ms. Denise Mortimer of Nassau, Bahamas, a former National Director of the Governor General's Youth Award (GGYA) in the Bahamas.
I have known Mr. Darren Roker, a former Chief Petty Officer with the Royal Bahamas Defense Force, for over twenty years in his role as a volunteer with the Youth Award Program in the Bahamas.
I am aware of Mr. Darenn Roker's legal predicament and that he has pleaded guilty to the charges.

During the years that Mr. Roker volunteered with the youth Program, I have found him to be hardworking, compassionate, attentive, and willing to go the extra mile.
Although Mr. Roker has made a grave mistake, I do believe he has shown remorse, accountability, and a willingness to participate in rehabilitation efforts.
Additionally, Mr. Roker has always been willing to offer assistance with security issues, community projects, training courses, and outdoor adventures.
These actions display that he is not defined by this incident alone.

I sincerely believe Mr. Roker is capable of positive change and will contribute positively to our communities.
If you require confirmation of the facts stated in my letter, I can be contacted at (242) 4770561, email: denise-mortimer25@hotmail.com
Thank you for your time and consideration for a fair and just decision based on the circumstances and Mr. Roker's character.

Sincerely,

*Mortimer*

Ms. Denise Mortimer, OM