

November 3, 2025

The Honorable Gregory H. Woods

**Re: Darrin Roker**

Dear Judge Woods,

It is my privilege to write this character reference for Darrin Roker, whom I have known for over three years. My relationship with Darrin is both pastoral and personal — he is a member of Spirit of Life Ministries Church, where I serve as pastor, and I also count him as a friend.

Darrin attends church faithfully with his family and is known by all as someone who is kind, respectful, and eager to help others, often without being asked. His positive attitude and warm personality have a noticeable impact on those around him, brightening any room he enters.

While there is no denying the weight of past mistakes, I firmly believe in the power of redemption and personal growth. Darrin has demonstrated sincere remorse and a commitment to change. I am confident that he possesses the character and determination to continue rebuilding his life and to contribute meaningfully to society.

Thank you for your time and consideration. I hope that my words may assist in conveying the genuine progress Darrin has made and his readiness to move forward.

Respectfully yours,

Sharvon Peet
Care Pastor
Spirit of Life Ministries

P.O. Box SB 51129
Nassau, N.P., The Bahamas

242.394.6532
info@solifeministries.org
www.solifeministries.org

KINGDOM LIVING FOR LIFESTYLE TRANSFORMATION