## Martin L. Roth, P.A.
**Attorney at Law**

January 9, 2026

BY ECF & EMAIL (WoodsNYSDChambers@nysd.uscourts.gov

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: United States v. Darrin Alexander Roker, 24 Cr. 655-004 (GHW), sentencing submission of defendant, supplement

Dear Judge Woods,

Defendant Darrin Roker filed a sentencing submission on 12/29/25 requesting a variance based primarily on his diagnosis of stage four metastatic prostate cancer. Since the filing {DE 92}, counsel has received reports documenting his most recent oncology exam by Dr. Nabi at the Brooklyn Cancer Center and from Bureau of Prisons Health Services. Dr. Nabi has also provided a report providing a medical prognosis. He concludes that "Mr. Roker has a serious and life-limiting illness. His condition is expected to be managed over years than months but remains incurable and will likely lead to increasing medical needs and health limitations in the future."

Dr. Nabi's prognosis report is attached as Exhibit A. The records from Brooklyn Cancer Hospital of Mr. Rokers' most recent examination are attached as Exhibit B. The records from the Bureau of Prisons Health Services are attached as Exhibit C.

Respectfully submitted,

Martin L. Roth
Enc.
CC: All counsel of record