# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ROKER, DARRIN ALEXANDE | | Reg #: 48731-511 |
| Date of Birth: 10/27/1968 | Sex: M    Race: BLACK | Facility: BRO |
| Encounter Date: 12/16/2025 15:24 | Provider: Bissessar, Samien NRP | Unit: J03 |

**Reviewed Health Status:** Yes

EMT/Para - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

   COMPLAINT 1     Provider: Bissessar, Samien NRP

     Chief Complaint: Medical Trip Return
     Subjective: Inmate returned from escorted trip from an area medical facility.
                  Inmate denies injuries or PREA allegations.
     Pain: Not Applicable

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 12/16/2025 15:24 by Bissessar, Samien NRP

**OBJECTIVE:**

**ASSESSMENT:**

   No Significant Findings/No Apparent Distress

   This provider assessed the inmate after they returned to MDC Brooklyn from an escorted trip to an area medical facility. Inmate was seen at Heme/oncology clinic for metastatic prostate CA w/ PSA dropping (0.6 on 09/18/25)
Per limited information received by this provider from sending facility, current plan is to continue daily Apalutamide and next Lupron injection is due on 02/05/2026 with a follow up visit to be scheduled on 01/13/2026 at 11AM.

   No medication changes noted, and no new medications requested.

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Priority | Translator | Language |
|---|---|---|---|---|
| Oncology | 01/13/2026 | Routine | No | |

   Subtype:
     Oncology
   Reason for Request:
     57 y.o male with metastatic prostate ca with dropping PSA. Requires f/u in heme/onc for management of process. Per paperwork scheduled for next appt on 01/13/2026 at 11am.
     Next Lupron 02/05/2026.

**Disposition:**

   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Generated 12/16/2025 15:31 by Bissessar, Samien NRP    Bureau of Prisons - BRO    *Exhibit C*    Page 1 of 2

| Inmate Name: | ROKER, DARRIN ALEXANDE | | | | Reg #: | 48731-511 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/27/1968 | Sex: | M | Race: BLACK | Facility: | BRO |
| Encounter Date: | 12/16/2025 15:24 | Provider: | Bissessar, Samien NRP | | Unit: | J03 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/16/2025 | Counseling | Access to Care | Bissessar, Samien | Verbalizes Understanding |

**Copay Required:** Yes     **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Bialor, Bruce (MOUD-M) MD, CD
**Telephone or Verbal order read back and verified.**

Completed by Bissessar, Samien NRP on 12/16/2025 15:31
Requested to be cosigned by Bialor, Bruce (MOUD-M) MD, CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROKER, DARRIN ALEXANDE | | | Reg #: | 48731-511 |
| Date of Birth: | 10/27/1968 | Sex: M | Race: BLACK | Facility: | BRO |
| Note Date: | 12/02/2025 15:39 | Provider: | Jordan, Duvinka | Unit: | J04 |

**Reviewed Health Status:** No

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

    ADMINISTRATIVE NOTE   1         Provider:   Jordan, Duvinka RN/AHSA

    Inmate scheduled for oncology follow up on 11/18 but erroneously taken to urology. Oncology appt was missed, therefore Lupron injection is now overdue. Target date updated and consult re-sent to Naphcare for rescheduling.

**Copay Required:** No     **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Jordan, Duvinka RN/AHSA on 12/02/2025 15:41
Requested to be cosigned by Bialor, Bruce (MOUD-M) MD, CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | ROKER, DARRIN ALEXANDE | | | Reg #: | 48731-511 |
|---|---|---|---|---|---|
| Date of Birth: | 10/27/1968 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/02/2025 15:39 | Provider: | Jordan, Duvinka | Facility: | BRO |

**Cosigned by Bialor, Bruce (MOUD-M) MD, CD on 12/29/2025 16:29.**